**Opinion issued August 5, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00492-CV

———————————

## IN RE ZARENA ALLEN, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Zarena Allen, has filed a petition for writ of mandamus, challenging the trial court's order dismissing Allen's lawsuit in the court below.[1]

We **deny** the petition for writ of mandamus.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Higley and Brown.

---

[1] The underlying case is *In the interest of J.A.T., a Child*, cause number 74447, pending in the 300th District Court of Brazoria County, Texas, the Honorable Marc Holder presiding.